U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAY - 8 2015

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| KIMBERLY GONZALEZ, ET AL | CIVIL ACTION NO. 13-cv-3005 |
| VERSUS | JUDGE STAGG |
| GUY COOPER, ET AL | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendants' **Motion to Dismiss (Doc. 23)** is **granted** (1) by dismissing all claims against Guy Cooper and (2) by dismissing Plaintiffs' claims for violations of due process and 42 U.S.C. § 1981. The motion is **denied** in all other respects. The only remaining claim is pursuant to La. R.S. 23:967 against Ombudsman Educational Services, Ltd. and Educational Services of America.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 7th day of May, 2015.

TOM STAGG
UNITED STATES DISTRICT JUDGE